STATE OF NEW JERSEY v. ROBERT ASMAR.

March 25, 1980.

Petition for certification denied.

MERCHANTS MUTUAL INSURANCE COMPANY v. NEWARK ARBITRATION COMMITTEE.

March 25, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD TELEPO.

March 25, 1980.

Petition for certification denied.